23-cr-4JRT
RECEIVED
JAN 06 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **INFORMATION** |
| v. | ) 18 U.S.C. § 1956(h) |
| | ) 18 U.S.C. § 1956(a)(2)(B)(i) |
| CHARLES EMEKA OBIJE, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
(Conspiracy to Commit International Money Laundering)

Beginning no later than in and around 2016, and continuing until in and around 2019, in the State and District of Minnesota and elsewhere, the defendant,

**CHARLES EMEKA OBIJE**,

did knowingly conspire with Ijeoma Chanthavong and others to transport, transmit, and transfer funds from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity—namely, wire fraud—and knowing that the transportation, transmission, and transfer of such funds was designed in whole or in part to conceal the nature, location, source, ownership, and control of the funds, in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2)(B)(i).

SCANNED
JAN 06 2023
U.S. DISTRICT COURT MPLS

United States v. Charles Emeka Obije

## FORFEITURE ALLEGATIONS

As a result of the offense alleged in Count 1 of this Information, conspiracy to commit money laundering, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in violation of Title 18, United States Code, Section 1956, or any property traceable to such property.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

Dated: January 6, 2023

ANDREW M. LUGER
United States Attorney

BY: */s/ Joseph H. Thompson*
JOSEPH H. THOMPSON
Assistant U.S. Attorney