JHT;cjn
AO 442 (Rev. 11/11) Arrest Warrant

2018R00174

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

CHARLES EMEKA OBIJE

Case No. 22-mj-1046 ECW

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
CHARLES EMEKA OBIJE
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

From in or about 2016 to in or about 2019, in the State and District of Minnesota, defendant CHARLES EMEKA OBIJE did knowingly conspire with others known and unknown to transport, transmit, and transfer funds from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity—namely, wire fraud—and knowing that the transportation, transmission, and transfer of such funds was designed in whole or in part to conceal the nature, location, source, ownership, and control of the funds, in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2)(B)(i).

Date: December 29, 2022

*Issuing officer's signature*

City and State: St. Paul, MN

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*