IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       22-mj-1046 ECW |
| | ) | Date:          December 29, 2022 |
| Charles Emeka Obije, | ) | Courthouse:    St. Paul |
| | ) | Courtroom:     3C |
| Defendant, | ) | Time Commenced:  1:39 p.m. |
| | ) | Time Concluded:  1:56 p.m. |
| | | Time in Court:   17 minutes |

APPEARANCES:

Plaintiff: Mary Riverso and Joseph Thompson, Assistant U.S. Attorney
Defendant: Steven Wright,
        X CJA         X To be appointed

Date Charges Filed: 12/29/2022        Offense: conspiracy to transport, transmit, and transfer funds involved in wire fraud

X Advised of Rights

on    X Complaint

**Appearance Bond set in the amount of $25,000 rpr with conditions, see Order Setting Conditions of Release.**

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                 s/SAK
                                               Signature of Courtroom Deputy