AO 83 (Rev. 06/09) Summons in a Criminal Case

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

JAN 12 2023

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| United States of America<br>v.<br>Charles Emeka Obije<br>c/o John S Hughes, Esq<br>331 2nd Ave. South<br>Minneapolis, MN 55401<br><br>*Defendant* | )<br>)<br>)<br>)  Case No. CR 23-04 JRT<br>)<br>)<br>) |

**SUMMONS IN A CRIMINAL CASE**

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Pretrial Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition
☐ Violation Notice  ☐ Order of Court

| Place: Diama E. Murphy U.S Courthouse<br>300 S 4th St. Minneapolis, MN 55415 | Courtroom No.: 14E |
|---|---|
| | Before: Judge John R. Tunheim |
| | Date and Time: 1/25/2023 at 10:00 a.m. |

This offense is briefly described as follows:

Charge: Count 1 - Conspiracy to Commit International Money Laundering 18:1956(h)


Date: 01/09/2023

*Issuing Officer's signature* — M. Fogarty

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 1/12/23

*Server's signature*

*Printed name and title*

SCANNED
JAN 12 2023
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. CR 23-04 JRT

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* 1/12/23.

[X] I personally served the summons on this defendant C/O Attorney at *(place)* 331 2nd Ave, Minneapolis, MN on *(date)* _____ ; or

[ ] On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

[ ] I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

[ ] The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 1/12/23

_____
Server's signature

_____
Printed name and title

Remarks: