UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22MJ1046 ECW

United States of America,

                Plaintiff,

v.

Charles Emeka Obije,

                Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that John Hughes, Attorney ID 185966, and Steven Wright, Attorney ID 387336, are appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  December 29, 2022

*s/Elizabeth Cowan Wright*
Honorable Elizabeth Cowan Wright
United States Magistrate Judge