UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO. 22-mj-1046 (ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES EMEKA OBIJE,

    Defendant.

**WAIVER OF PRELIMINARY HEARING**

Defendant Charles Emeka Obije has been charged with an offense in a criminal complaint filed in this Court. Mr. Obije, having been informed of his right to a preliminary hearing under Fed. R. Crim. P. 5.1 and having discussed the matter with counsel, hereby agrees to waive his right to that preliminary hearing.

Dated: January 3, 2023

/s/ Steven J. Wright
Minnesota Attorney #387336
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
Phone: 612-669-8280

Attorney for Defendant