# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No:  CR 23-4 DWF |
| v. | Date:  March 7, 2023 |
| | Court Reporter: Lynne Krenz |
| Charles Emeka Obije, | Courthouse:  St. Paul |
| | Courtroom:  7C |
| Defendant. | Time Commenced:  1:34 p.m. |
| | Time Concluded:  2:32 p.m. |
| | Time in Court:  58 minutes |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Katharine Buzicky, Assistant United States Attorney
   For Defendant:   Steven Wright, Retained

PROCEEDINGS:

   x **ARRAIGNMENT:**
      x Reading of Information Waived
   x  I**ndictment waived.**
   x  **Plea Hearing.**
   x **PLEA**:
      x Guilty as to Count one (1) of Felony Information
   x  Presentence Investigation and Report requested.
   x  Defense's oral motion for modification of conditions taken under advisement. Written order to issue.
   x  Bond continued.

                                                                         s/L. Sampson
                                                                          Courtroom Deputy