UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-4 (DWF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | WAIVER OF INDICTMENT |
| v. ) | |
| ) | |
| CHARLES EMEKA OBIJE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Charles Emeka Obije, the above-named defendant, who is accused of conspiracy to commit wire fraud, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: __March 7, 2023__      _/s/ Charles_
                                                Charles Emeka Obije, Defendant

_/s/_
Katharine T. Buzicky, Witness

_/s/ Steven J. Wright_
~~John Hughes, Esq.~~
Steven J. Wright, Esq.