UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 23-4 (DWF) |
| Plaintiff, | |
| v. | **ORDER AND MEMORANDUM** |
| Charles Emeka Obije, | |
| Defendant. | |

This matter is before the Court on Defendant's motion to modify his conditions of release, specifically to remove his ankle bracelet.

Based upon the presentations of the parties and the Court having reviewed the history of Defendant's pretrial release and being otherwise duly advised in the premises, hereby enters the following:

### ORDER

1.  Defendant's motion to remove his ankle bracelet is **GRANTED**. The decision of the Court assumes that the Defendant will remain fully compliant with all of his conditions of pretrial release and cooperative with his probation officer.

Dated:  March 20, 2023         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge

## MEMORANDUM

The Court has granted the Defendant's request for removal of his ankle bracelet. The basis of the Court's decision is Defendant's full compliance with his pretrial conditions of release and the Court's order assumes that the Defendant will remain fully compliant with all conditions between now and his sentencing. The Court also notes that probation has Defendant's passport in its possession, and the Court has considered the Defendant's strong ties to the community.

For these reasons, the Court has granted the Defendant's motion to remove his ankle bracelet. To do so, he should reach out to his probation officer.

D.W.F.