UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR. NO. 23-4 (DWF)

United States of America,

               Plaintiff,        **MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

v.

Charles Emeka Obije,

               Defendant.

Defendant Charles Emeka Obije, by and through undersigned counsel, moves the Court for a two-week extension of time to file objections to the presentence investigation report. Objections are currently due on May 30, 2023, and counsel respectfully requests an order setting a new deadline of June 13, 2023.

Counsel needs additional time to review the PSR in detail with Mr. Obije. The matter is document-intensive, and counsel needs additional time to verify information in the PSR and fully represent Mr. Obije's interests in this matter. Sentencing has not yet been scheduled in this matter, so the requested extension should not delay the proceedings or prejudice any party.

Based on the foregoing, counsel respectfully moves the Court for an order extending the deadline for filing the parties' objections until June 13, 2023.

Dated: May 30, 2023
Respectfully submitted,

*/s/ Steven J. Wright*
Minnesota Attorney #387336
331 Second Avenue South #705
Minneapolis, MN 55415
(612) 669-8280

*/s/ John S. Hughes*
Minnesota Attorney #185966
331 Second Avenue South #705
Minneapolis, MN 55415
(612) 664-0520

Attorneys for Defendant