UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR. NO. 23-4 (DWF)

United States of America,

                Plaintiff,        **MOTION FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS**

v.

Charles Emeka Obije,

                Defendant.

Defendant Charles Emeka Obije, by and through undersigned counsel, moves the Court for an extension of time to file position pleadings. Objections are currently due on August 30, 2023, and counsel respectfully requests an order setting a new deadline of Friday, September 1, 2023.

Counsel is preparing Mr. Obije's arguments for sentencing, but counsel needs a brief extension to properly represent Mr. Obije's interests and make his mitigation arguments to the Court. Sentencing is currently scheduled for September 13, 2023, so the requested two-day extension should not delay the proceedings or prejudice any party.

Based on the foregoing, counsel respectfully moves the Court for an order setting the deadline for filing the parties' position pleadings on September 1, 2023. Counsel has reached out to Assistant U.S. Attorney Joseph Thompson but does not now know if the government has a position on this extension.

Dated: August 30, 2023

Respectfully submitted,

*/s/ Steven J. Wright*
Minnesota Attorney #387336
331 Second Avenue South #705
Minneapolis, MN 55415
(612) 669-8280

*/s/ John S. Hughes*
Minnesota Attorney #185966
331 Second Avenue South #705
Minneapolis, MN 55415
(612) 664-0520

Attorneys for Defendant