# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No: CR 23-4 DWF |
| | ) | Date: September 13, 2023 |
| Charles Emeka Obije, | ) | Court Reporter: Lynne Krenz |
| | ) | Courthouse: St. Paul |
| Defendant. | ) | Courtroom: 7C |
| | ) | Time Commenced: 1:32 p.m. |
| | ) | Time Concluded: 2:20 pm. |
| | ) | Time in Court: 48 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Melinda A Williams for Joseph H Thompson, Assistant United States Attorney
For Defendant: John S Hughes & Steven J. Wright, x CJA

**x Sentencing.**

IT IS ORDERED: Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 14 months | | 3 years | | |

x Special conditions of : **See J&C for special conditions**
 x Defendant sentenced to pay:
   x Restitution in the amount of $356,671.00.
   x Special assessment in the amount of $100.00.
 x Plea and plea agreement accepted.
 x Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released with a voluntary surrender date of January 4, 2024 by 11:00 am.
 x Docket nos.: 33 & 34 shall remain sealed for 15 years until 09/13/38.

                                                                                                                                          s/L. Sampson
                                                                                                                                          Courtroom Deputy