AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
для the
District of Minnesota

| | |
|---|---|
| United States of America | ) Case No: CR 23-4 (DWF) |
| v. | ) USM No: 37771-510 |
| Charles Emeka Obije | ) |
| Date of Original Judgment: 09/15/2023 | ) |
| Date of Previous Amended Judgment: | ) Steven J Wright & John S Hughes (at sentencing) |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant is ineligible for a sentence reduction because the amendment is not applicable to the defendant, pursuant to USSG §1B1.10(a)(2)(A). The defendant received one criminal history point, pursuant to USSG §4A1.1(c), for a conviction for Fourth Degree Driving Under the Influence. Therefore, the defendant does not qualify as a Zero Point Offender under USSG §4C1.1. The defendant did not receive any status points and therefore does not qualify for a reduction based on retroactive application of USSG §4A1.1(e)(formerly (d)).   In review of the Bureau of Prison's (BOP) Inmate Locator, the Defendant has transitioned to a Residential Reentry Management ("RRM") placement in Minneapolis and/or he may be subject to the BOP's location monitoring program, with an anticipated release date of September 30, 2024.

Except as otherwise provided, all provisions of the judgment dated   09/15/2023   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: August 29, 2024 | s/Donovan W. Frank |
| | *Judge's signature* |
| Effective Date: _____ | Donovan W. Frank, United States District Judge |
| *(if different from order date)* | *Printed name and title* |